**Margarita GAETA, as guardian ad litem for A.G., a minor child and Augustine Gaeta, Plaintiffs–Appellants,**

v.

**PERRIGO PHARMACEUTICALS COMPANY and BASF Corporation, Defendants–Appellees.**

No. 09–15001.

United States Court of Appeals, Ninth Circuit.

Feb. 27, 2012.

Brian D. Witzer, Rowena Javier Dizon, Esquire, Law Offices Of Brian D. Witzer, West Hollywood, CA, Ted B. Lyon, Jr., Law Office Of Ted B. Lyon & Associates PC, Mesquite, TX, Randall Mark Penner, Esquire, Penner, Bradley & Simonian, Fresno, CA, for Plaintiffs–Appellants.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Michael Fitzgerald Healy, Esquire, Kelly Savage, Sedgwick, Detret, Moran & Arnold LLP, San Francisco, CA, Colleen T. Davies, J. David Bickham, Meghan Kathleen Landrum, Juliet W. Starrett, Reed Smith, LLP, Oakland, CA, for Defendants–Appellees.

Before: FERNANDEZ and SILVERMAN, Circuit Judges.

## ORDER

The Supreme Court having vacated our prior opinion for further consideration in light of *PLIVA, Inc. v. Mensing,* —— U.S. ——, 131 S.Ct. 2567, 180 L.Ed.2d 580 (2011), *see L. Perrigo Co. v. Gaeta,* —— U.S. ——, 132 S.Ct. 497, 181 L.Ed.2d 343 (2011), we now AFFIRM the district court's grant of summary judgment in favor of Perrigo Pharmaceuticals Company.